**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**



| | |
|---|---|
| **DAVID E. LACHAPELLE,** Plaintiff, v. **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",** Defendants. | Case No.: 1:25-cv-12823  **Judge:** Hon. Thomas M. Durkin  **Magistrate Judge:** Hon. Laura K. McNally |

*DEFENDANT QTH'S WRITTEN RESPONSE TO MOTION FOR DEFAULT JUDGMENT AND EXPLANATION OF INABILITY TO APPEAR TELEPHONICALLY*

**TO THE HONORABLE JUDGE THOMAS M. DURKIN:**

COMES NOW the Defendant, **Gokul R** (appearing *Pro Se*), owner of the Seller Account identified in **Schedule A** as **QTH (Defendant #31)** and respectfully submits this response to the Plaintiff's Motion for Default Judgment.

**I. EXPLANATION OF NON-APPEARANCE AT HEARING**

1. Defendant is aware of the hearing scheduled for December 16, 2025, at 9:30 a.m.
2. Defendant resides and operates in Salem, Tamil Nadu, India.
3. Due to the Defendant's location, strict international telephony restrictions, and lack of access to a US-compatible conference line, Defendant is physically unable to attend the hearing via telephone.
4. Defendant respectfully requests that this Written Response be accepted in lieu of a telephone appearance for today's hearing.
5. Note: Defendant is capable of attending future proceedings via video conference platforms (such as Microsoft Teams or similar) if the Court's infrastructure permits, which would allow for proper identification and participation.

**II. DEFENSE AGAINST DEFAULT JUDGMENT: PRE-SUIT COMPLIANCE**

Defendant opposes the entry of Default Judgment because there is no ongoing infringement and the alleged infringing activity ceased voluntarily before this lawsuit was filed.

**A. The "Mootness" Doctrine: Pre-Suit Voluntary Removal**

1. Plaintiff filed this lawsuit on **October 21, 2025**.
2. Defendant listed the product (SKU: CAN-1238, Item ID: 16387155309) on **March 5, 2025**.
3. **CRITICAL FACT:** Defendant voluntarily removed and deleted the listing on **September 20, 2025—31 days before this lawsuit was filed.**

4. At the time the Plaintiff filed this case, the Defendant was **not** infringing on any intellectual property.
5. Under U.S. law, a request for an injunction is moot if the defendant has voluntarily ceased the conduct prior to the litigation and there is no reasonable expectation that the wrong will be repeated.
6. Plaintiff likely failed to verify active listing status on the date of filing. A Default Judgment cannot be entered for "active infringement" that did not exist at the commencement of the action.

### B. Good Faith and Lack of Willfulness

1. Defendant's listing was a mistake made without knowledge of the Plaintiff's rights.
2. Upon self-discovery of the potential issue, Defendant acted in **good faith** to remove the listing immediately (Sept 20, 2025).
3. Because the removal was voluntary and pre-litigation, the Defendant's actions were not "willful." Therefore, statutory damages (which Plaintiff likely seeks) should be minimal or nil under 15 U.S.C. § 1117(c).

### III. SETTLEMENT AND REPRESENTATION

1. Defendant is a solo proprietor with limited financial means and is appearing *Pro Se*.
2. Defendant has attempted to resolve this matter amicably. However, Plaintiff has insisted that Defendant retain U.S. counsel to proceed with settlement discussions.
3. Defendant lacks the funds to hire U.S. counsel. Denying a settlement discussion based on a lack of counsel effectively penalizes the Defendant for their financial status.

### IV. CONCLUSION

Defendant respectfully requests that the Court **DENY** the Motion for Default Judgment and allow the Defendant to resolve this matter based on the merits—specifically that the listing was removed prior to the lawsuit. Defendant further asks the Court to instruct the Plaintiff to communicate directly with the Defendant for settlement purposes.

Respectfully submitted,

/s/ Gokul R
Gokul R
Owner of Store: QTH (Def #31)
6/359 GATE No.2, VIVEKANANDHAR STREET,
BHARATHINAGAR SALEM TAMIL NADU 636010
Email: qth.acc@hotmail.com
Phone: +91 8667557767
Date: December 16, 2025