

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



DAVID E. LACHAPELLE,
Plaintiff,
Vs.
THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",
Defendants.

Case No.: 1:25-cv-12823
Assigned Judge: Hon. Thomas M. Durkin
Magistrate Judge: Hon. Laura K. McNally

DEFENDANT NO. 31 (QTH)'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

**COMES NOW** Defendant No. 31, **QTH** (owned and operated by Gokul R), appearing pro se. Defendant explicitly states that he is representing himself in this matter solely because **he is unable to afford U.S. legal counsel due to severe financial hardship.** Defendant files this Answer to the Complaint as follows

## I. PARTIES AND JURISDICTION

1. Defendant acts as the authorized representative of QTH, identified as Defendant No. 31 on Schedule A of the Complaint.

2. Defendant admits that QTH is an entity located in India but denies that it is subject to the general jurisdiction of this Court, except as required to answer this specific Complaint.

## II. ANSWER TO ALLEGATIONS

**3. Denial of Willful Infringement:** Defendant denies the allegation that it engaged in "willful" infringement of the Plaintiff's copyrights or trademarks. Any listing of the Plaintiff's artwork was unintentional and due to a lack of knowledge regarding the specific copyright status of the image in the U.S. market.

**4. Voluntary Cessation:** Defendant affirmatively states that the Accused Product was voluntarily removed from the Defendant's store prior to the commencement of this litigation on October 21, 2025.

**5. No Ongoing Harm:** Defendant denies that Plaintiff continues to suffer irreparable harm from Defendant No. 31, as the product is no longer available for sale.

### III. AFFIRMATIVE DEFENSES

**6. Innocent Infringement:** Defendant acted in good faith. Upon discovery of the potential issue, Defendant took immediate remedial action without intervention from the Plaintiff.

**7. Mootness:** The allegedly infringing activity ceased prior to the filing of this lawsuit. Therefore, injunctive relief is unnecessary.

### IV. STATEMENT REGARDING SETTLEMENT EFFORTS

**8. Financial Hardship:** Defendant respectfully submits that he is an individual residing in India with limited resources. Defendant is appearing pro se specifically because retaining U.S. counsel is financially impossible given the size of the business.

9. Defendant has attempted to contact Plaintiff's counsel, Mr. Keith A. Vogt, to resolve this matter amicably but has received no substantive response or has been dismissed.

10. Judicial Notice of Offer & Payment Authorization: Defendant hereby places on the record its willingness to pay a statutory penalty of $500.00 USD (representing twenty times the value of the listed product) to dismiss this matter with prejudice. * Authorization to Debit: To facilitate this settlement immediately, Defendant authorizes Plaintiff and/or the Court to direct Walmart Inc. to deduct this $500.00 USD settlement amount directly from Defendant's frozen funds (Walmart Account IDs: 10002692144) and release the remainder of the account.

### PRAYER FOR RELIEF

WHEREFORE, Defendant QTH respectfully requests that this Honorable Court:

- A. Deny Plaintiff's request for a Default Judgment against Defendant No. 31;
- B. Find that Defendant's infringement was not wilful;
- C. Take notice of Defendant's voluntary remediation prior to the lawsuit; and
- D. Dismiss Defendant No. 31 from this lawsuit upon payment of the proposed satisfaction amount.

Dated: November 28, 2025

Respectfully submitted,

Gokul R
Owner / Pro Se Defendant
QTH (Defendant No. 31)
359 Gate No. 2, Vivekanandhar Street
Bharathinagar, Salem 636010 INDIA
Email: Qth.acc@hotmail.com
Phone: +91 8667557767

## CERTIFICATE OF SERVICE

I hereby certify that on **November 28, 2025,** a true and correct copy of the foregoing **ANSWER TO COMPLAINT** was served upon Plaintiff's counsel via email at the following address:

Keith A. Vogt
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Email: keith@vogtip.com

*/signed/*
Gokul R

A — United States of America US

LP951087495IN - INTERNATIONAL TRACKED PACKET SERVICE

INDIA - UNITED STATES OF AMERICA

RECEIVER: Clerk of the United States District Court 219 SOUTH DEARBORN STREET EVERETT MCKINLEY DIRKSEN COURTHOUSE CHICAGO, IL IL UNITED STATES OF AMERICA - 60604-1834
SENDER: GOKUL RAMU
6 539, GATE NO 2 BHARATHI NAGAR SALEM
TAMIL NADU
INDIA-636010

Salem HO BPC (636001) 28-11-2025, 12:50:17
ChargedWeight(gms): 30 Phy.Wt(gms): 30 Vol.Wt(gms): NA(L: 0 B: 0 H: 0) AmountPaid: Rs 472.00 (ONLINE) BkgRefId: 6000000028112579625

In case of any grievance - DIAL-18002666868

**ATTN: CLERK OF COURT**

**Case No. 1:25-cv-12823**