MR

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS**

FILED 12/30/2025 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

JKS

## APPEARANCE FORM FOR PRO SE LITIGANTS

**Case Title:** David E. LaChapelle v. The Partnerships and Unincorporated Associations Identified on Schedule "A"

**Case Number:** 1:25-cv-12823

An appearance is hereby filed by the undersigned as a pro se litigant.

**Name:** Gokul R (Owner, QTH) **(Defendant No. 31)**
**Street Address:** 359 Gate No. 2, Vivekanandhar Street Bharathinagar
**City/State/Zip:** Salem 636010 Tamil Nadu, INDIA
**Phone Number:** +91 8667557767
**Email Address:** qth.acc@hotmail.com

I hereby acknowledge that I am filing this appearance on my own behalf and without the assistance of an attorney licensed to practice in this Court.

**Signature:** *[signed]*

**Date:** November 28, 2025

| A | United States of America US |
|---|---|

LP951087495IN - INTERNATIONAL TRACKED PACKET SERVICE

INDIA - UNITED STATES OF AMERICA

RECEIVER: Clerk of the United States District Court 219 SOUTH DEARBORN STREET EVERETT MCKINLEY DIRKSEN COURTHOUSE CHICAGO, IL IL UNITED STATES OF AMERICA - 60604-1834
SENDER: GOKUL RAMU
6/539, GATE NO 2 BHARATHI NAGAR SALEM
TAMIL NADU
INDIA-636010

Salem HO BPC (636001) 28-11-2025, 12:50:17
ChargedWeight(gms): 30 Phy.Wt(gms): 30 Vol.Wt(gms): NA(L: 0 B: 0 H: 0) AmountPaid: Rs 472.00 (ONLINE) BkgRefId:
6000000028112579625

In case of any grievance - DIAL-18002666868

**ATTN: CLERK OF COURT**

**Case No. 1:25-cv-12823**

RECEIVED DEC 30 2025 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

PASSED CHENNAI CUSTOMS

SPEED-BNPL-SALEM-HPO-BPC 28 NOV 2025 SALEM 636 001