IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID E. LACHAPELLE, | |
| Plaintiff, | Case No.: 1:25-cv-12823 |
| v. | Judge Thomas M. Durkin |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Laura K. McNally |
| Defendants. | |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff DAVID E. LACHAPELLE ("Plaintiff"), filed a Complaint against Defendant No. 31 QTH ("Defendant") on October 21, 2025. Plaintiff and Defendant have resolved all claims arising out of the allegations in the Complaint, and have agreed to the entry of the proposed Consent Judgment. The parties now move this Honorable Court for the entry of a Consent Judgment Order substantially in the form submitted to Proposed_Order_Durkin@ilnd.uscourts.gov.

DATED: January 6, 2026                    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

*/s/ Gokul R*
Gokul R
Owner of Store: QTH (Def #31)
6/359 GATE No.2, VIVEKANANDHAR STREET, BHARATHINAGAR SALEM TAMIL NADU 636010
Email: qth.acc@hotmail.com
Phone: +91 8667557767

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 6, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt