IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DAVID E. LACHAPELLE,

  Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

  Defendants.

Case No.: 1:25-cv-12823

Judge Thomas M. Durkin

Magistrate Judge Laura K. McNally

## CONSENT JUDGMENT ORDER

This action having been commenced by Plaintiff DAVID E. LACHAPELLE ("Plaintiff") against No. 31 QTH ("Defendant"). Plaintiff and Defendant have resolved all claims arising from the allegations in the Complaint.

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendant since Defendant directly target its business activities towards consumers in the United States, including Illinois. Specifically, Defendant has targeted sales to Illinois residents by setting up and operating e-commerce store that targets United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, has sold products bearing Plaintiff's copyrighted design which is listed in Exhibit 1 to the Complaint.

THIS COURT FURTHER FINDS that Defendant is liable for copyright infringement (17 U.S.C §§ 106 and 501, *et seq*).

IT IS HEREBY ORDERED that:

1.   Defendant, its officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from

1

    a. using the David LaChapelle Work or any reproductions, copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not an authorized David LaChapelle Product or is not authorized by Plaintiff to be sold in connection with the David LaChapelle Work;

    b. passing off, inducing, or enabling others to sell or pass off any product or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the David LaChapelle Work;

    c. further infringing the David LaChapelle Work and damaging Plaintiff's goodwill;

    d. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not authorized by Plaintiff to be sold or offered for sale, and which directly use the David LaChapelle Work, and which are derived from Plaintiff's copyright in the David LaChapelle Work;

    e. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Store, or any other online marketplace account that is being used to sell products or inventory not authorized by Plaintiff which are derived from Plaintiff's copyright in the David LaChapelle Work;

2. Pursuant to the parties' settlement agreement, Defendant No. 31 QTH shall pay Plaintiff one thousand dollars ($1,000) in damages (the "Settlement Amount").

3. Walmart Inc. ("Walmart") is ordered to transfer the Settlement Amount from Defendant's account to Plaintiff within seven (7) calendar days of receipt of this Order.

4. Upon Walmart's transfer of Settlement Amount to Plaintiff pursuant to paragraph 3, Walmart shall remove any restraints that were placed on Defendant's e-commerce store

and financial account pursuant to the ORDER for Leave to Conduct Expedited Discovery and Services [16].

5. Each party shall bear its own attorney's fees and costs.

6. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment and Permanent Injunction. Plaintiff is authorized to seek to enforce the terms of this Consent Judgment and Permanent Injunction, and shall be entitled to reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment and Permanent Injunction based on the Defendant's failure to comply, in any way, with its obligations set forth herein.

IT IS SO ORDERED.

DATED: January 7, 2026

_Thomas M Durkin_
_____
Thomas M. Durkin
United States District Judge