IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID E. LACHAPELLE, | |
| Plaintiff, | Case No.: 1:25-cv-12823 |
| v. | Judge Thomas M. Durkin |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Laura K. McNally |
| Defendants. | |

## STATUS REPORT

Plaintiff DAVID E. LACHAPELLE ("Plaintiff") hereby files this status report solely on behalf of Plaintiff pursuant to minute entry order [37].

Plaintiff and Defendant reached a settlement, and a Consent Judgment Order [35] was entered on January 7, 2026, allowing Walmart to transfer the Settlement Amount to Plaintiff. On the same day the Consent Judgment Order was entered, Plaintiff sent the settlement agreement and the Consent Judgment Order to Walmart's legal team. To date, Plaintiff has not received any funds from Walmart pursuant to the Consent Judgment Order [35].

Plaintiff has followed up with Walmart, and forwarded Defendant's Motion [36] to Walmart. Plaintiff respectfully requests thirty days to file a follow-up status report if the matter is not concluded by then.

2

| | |
|---|---|
| DATED: February 13, 2026 | Respectfully submitted, |

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an email to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

*/s/ Keith A. Vogt*
Keith A. Vogt