**CORRESPONDENCE TO THE CLERK OF THE COURT**

**RE: EMERGENCY FILING – Case No. 1:25-cv-12823 (David E. LaChapelle v. The Partnerships, et al.)**

**Dear Clerk of the Court,**

Please find the attached emergency motion documents submitted on behalf of Defendant No. 31 (QTH), appearing pro se. This filing is made under the Court's continuing jurisdiction to enforce the Consent Judgment Order entered on January 7, 2026.

**Summary of Emergency Relief Requested:**

1. Immediate Release of Account: Defendant's Walmart e-commerce store (Seller ID: 10002692144) remains restrained despite the case being terminated for over 38 days.
2. Plaintiff's Non-Compliance: Plaintiff has requested an additional 30-day extension (Doc. 38) despite the fact that Defendant has a sufficient balance of $1,565.00 to satisfy the $1,000.00 judgment.
3. Direct Court Service Required: As shown in Exhibit A, Walmart Marketplace Support has formally stated they will only process dismissals received from counsel in this case. As a pro se litigant, I cannot resolve this administrative deadlock without the Court's assistance in serving the order directly to Walmart.

Included Documents:

1. Notice of Emergency Motion, Objection to Extension, and Renewed Motion for Relief.
2. Certificate of Service.
3. [Proposed] Order to Enforce Consent Judgment.
4. Exhibit A: Screenshot of Walmart Support refusal to act without counsel.
5. Exhibit B: Walmart Statement showing sufficient settlement funds.

Respectfully submitted,

/s/ Gokul R

Gokul R

Owner of Store: QTH (Def #31)

6/359 GATE No.2, VIVEKANANDHAR STREET,

BHARATHINAGAR SALEM TAMIL NADU 636010

Email: qth.acc@hotmail.com

Phone: +91 8667557767

Date: February 14, 2026