**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BC

 E.C

**FILED**
2/14/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **DAVID E. LACHAPELLE,** <br> Plaintiff, <br> v. <br> **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",** <br> Defendants. | **Case No.: 1:25-cv-12823** <br><br> **Judge:** Hon. Thomas M. Durkin <br><br> **Magistrate Judge:** Hon. Laura K. McNally |

***DEFENDANT NO. 31'S OBJECTION TO PLAINTIFF'S REQUEST FOR EXTENSION
[DOC.38] AND RENEWED EMERGENCY MOTION FOR IMMEDIATE RELIEF.***

**TO THE HONORABLE JUDGE THOMAS M. DURKIN:**

Defendant No. 31, QTH (RAMU QTH E-TECH PROCESS), appearing pro se, respectfully moves this Court to deny Plaintiff's request for a 30-day extension  and to compel the immediate release of Defendant's account.

1. **THE COURT RETAINS JURISDICTION TO PREVENT MANIFEST** INJUSTICE Although this case was **terminated on January 7, 2026**, the Court expressly maintained continuing jurisdiction to enforce the Consent Judgment. The Plaintiff's request for an additional thirty (30) days is a request to continue a "Temporary" Restraining Order indefinitely in a case that no longer exists. This delay is causing irreparable financial harm and constitutes economic duress.

2. **EVIDENCE OF PLAINTIFF'S LACK OF DILIGENCE**  In the Status Report [Doc. 38], Plaintiff admits they have not received the funds but fails to provide any evidence of a technical error or valid reason for the delay. Defendant currently holds an account balance of $1,565.00, which is more than sufficient to satisfy the $1,000.00 judgment. The failure to collect these funds rests solely on the Plaintiff's negligence.

3. **NECESSITY OF COURT-DIRECTED SERVICE** Defendant has provided evidence that Walmart Inc. will only process dismissals received from counsel. Because Plaintiff's counsel is non-responsive and has failed to execute the transfer for over 38 days, the Defendant is legally "locked out" of their own business. Judicial intervention is the only remaining remedy.

4. **RELIEF REQUESTED** Defendant No. 31 respectfully requests that this Court:

   a. **Deny** the Plaintiff's request for a 30-day extension.

   b. **Issue a Direct Mandate** to Walmart Inc. to immediately remove all restraints on Seller ID: 10002692144.

   c. **Order the Clerk of Court** to serve this specific Order directly to Walmart to satisfy Walmart's internal "counsel-only" requirements.

   d. **Order Walmart Inc.** to remove all restraints on Seller ID: 10002692144 immediately.

   e. **Grant Compensatory Sanctions** for the lost sales and business interruption caused by the failure to execute the January 7, 2026, Order.

   f. **Require Walmart Inc.** to file a compliance status report within seven (7) working days.

Respectfully submitted,

/s/ Gokul R

Gokul R

Owner of Store: QTH (Def #31)

6/359 GATE No.2, VIVEKANANDHAR STREET,

BHARATHINAGAR SALEM TAMIL NADU 636010

Email: qth.acc@hotmail.com

Phone: +91 8667557767

Date: February 14, 2026

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**DAVID E. LACHAPELLE,**
Plaintiff,

v.

**THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",**
Defendants.

**Case No.:** 1:25-cv-12823

**Judge:** Hon. Thomas M. Durkin

**Magistrate Judge:** Hon. Laura K. McNally

### *[Proposed] ORDER TO ENFORCE CONSENT JUDGMENT*

This matter coming before the Court on Defendant No. 31's #QTH (Walmart Store id 10002692144) Motion to Enforce Consent Judgment, and the Court being fully advised:

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's request for a 30-day extension [Doc. 38] is **DENIED**.
2. **The Clerk of the Court** shall serve a copy of the Consent Judgment Order [Doc. 35] and this Order upon Walmart Inc.
3. **Walmart Inc.** is directed to **immediately** and **unconditionally** remove all restraints on Seller ID: 10002692144 and release the "Suspended" payout status.
4. **Walmart Inc.** is authorized to debit the $1,000.00 Settlement Amount from Defendant's account upon removal of account restraints.
5. Walmart Inc. is directed to file a written status report with this Court within seven (7) working days of receipt of this Order confirming that the restraints have been removed.

IT IS SO ORDERED.

DATED: February __, 2026

_____

Thomas M. Durkin

United States District Judge

## CERTIFICATE OF SERVICE

I, Gokul R hereby certify that on February 14, 2026, I caused a true and correct copy of the foregoing Motion to Enforce Consent Judgment, [Proposed] Order, and this Certificate of Service to be served upon the following counsel of record via email:

- attorney@vogtip.com
- info@jiangip.com
- legal@jiangip.com
- keith@vogtip.com
- bazianos.patricia@gmail.com
- keithvogtjd@gmail.com
- skhatri@jiangip.com

Respectfully submitted,

/s/ Gokul R

Gokul R

Owner of Store: QTH (Def #31)

6/359 GATE No.2, VIVEKANANDHAR STREET,

BHARATHINAGAR SALEM TAMIL NADU 636010

Email: qth.acc@hotmail.com

Phone: +91 8667557767

Date: February 14, 2026



**Walmart Seller Support**                                          Tue, 3 Feb, 11:08 pm

Hello Gokul Ramu,

Thank you for contacting Walmart Payments Support. I understand that you are inquiring on update to your current payment status and see that you have attached your court case document in reference to the dismissal.

Please be aware Walmart will only process Dismissals received from counsel in this case.

This is the full extent of information available at this time. In the event that any further details emerge, or changes occur, we will reach out to your company directly using the primary email address associated with your account. Kindly note that your payments will be held until this matter is adjudicated. We thank you for your cooperation.

Sincerely,

Nitasha

Walmart MP Payments



**GOKUL RAMU**  Owner                                            Tue, 3 Feb, 03:36 pm

Comment by GOKUL RAMU, qth.acc@hotmail.com

My case is terminated and closed i have attached the case documents for your reference and i would request you to remove the TRO As soon as possible court documents are attached i have submitted the court order for your reference to remove my Holdings

**Walmart Marketplace Support**                                  Tue, 3 Feb, 03:33 pm

Jan 24, 2026 - Feb 21, 2026 (Open)

Account balance

**$ 1,565.00**

**Payout Details**

| | |
|---|---|
| Status | Suspended |
| Payout date | Feb 24, 2026 PDT |
| Payout cycle | Bi-weekly |
| Payout method | pingpong |
| Billing method | Credit Card |

To release suspension, you have to directly resolve the Temporary Restraining Order (TRO) case.

Learn more about suspensions

| | |
|---|---|
| Opening balance | $ 0.00 |
| Reserves | $ 0.00 |
| Holds | $ 0.00 |

**Sales**

| | |
|---|---|
| Product price | $ 2,395.75 |
| Shipping | $ 61.98 |
| WFS shipping reversal | −$ 13.98 |
| Net tax collected | $ 175.93 |
| Net commission | −$ 340.71 |
| Net tax withheld | −$ 175.01 |
| WFS shipping tax reversal | −$ 0.92 |
| Total Walmart funded savings | $ 1.25 |
| **Total:** | **$ 2,104.29** |

**Refunds**

| | |
|---|---|
| Product price | −$ 305.00 |
| Shipping | −$ 24.00 |
| Net tax collected | −$ 23.56 |
| Commission | $ 49.35 |
| Net tax withheld | $ 23.56 |
| Total Walmart funded savings | $ 0.00 |
| **Total:** | **−$ 279.65** |

**Adjustments**

| | |
|---|---|
| Walmart Return Shipping Service Charge | −$ 14.82 |
| **Total:** | **−$ 14.82** |

**Walmart fulfillment services**

| | |
|---|---|
| WFS fulfillment fee | −$ 89.70 |
| WFS storage fee | −$ 1.83 |
| WFS adjustments | $ 17.80 |
| WFS RC inventory disposal fee | −$ 0.70 |
| WFS Long Term Storage Fee | −$ 0.06 |
| WFS total discount | $ 0.00 |
| WFS Return Processing Fee | −$ 23.50 |
| **Total:** | **−$ 97.99** |

**Other activities**

| | |
|---|---|
| Walmart product advertising | −$ 146.83 |
| **Total:** | **−$ 146.83** |

**Paid to you** **$0.00**

**Closing balance** **$1,565.00**

**Savings** <u>View details</u>

Customer Favorites - Assortment Growth $ 26.04

**Total saved** **$ 26.04**

**Save money every period!**

Explore ways to save money with pricing deals and incentives.