**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DAVID E. LACHAPELLE,

   Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

   Defendants.

Case No.: 1:25-cv-12823

Judge Thomas M. Durkin

Magistrate Judge Laura K. McNally

**STATUS REPORT**

Plaintiff DAVID E. LACHAPELLE ("Plaintiff") hereby files this status report pursuant to minute entry order [39].

Plaintiff has continued to follow up with Walmart regarding the status of payment pursuant to the Consent Judgment Order [35] on three separate occasions. Walmart has confirmed receipt of the Order [35] and that the transfer of funds is in queue for processing. As of the time of this filing, Plaintiff has not yet received funds from Walmart.

Plaintiff respectfully requests an additional thirty days to file a follow-up status report if the matter has not concluded by then.

DATED: March 19, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 19, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an email to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

*/s/ Keith A. Vogt*
Keith A. Vogt
